IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NOVUS FRANCHISING, INC.,

    Plaintiff,

v.

SUPERIOR ENTRANCE SYSTEMS, INC.,
SUPERIOR GLASS, INC., and
KNUTE PEDERSEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-204-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff attorney fees in the amount of $118,748.26 and costs in the amount of $5,997.14.

_____    _____
Peter Oppeneer, Clerk of Court             Date

(Signed) Peter Oppeneer      2/26/12